Our File. 201881

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| TRACEY BOYD-MCFADDEN<br>Plaintiff,<br><br>-against-<br><br>JOSEPH METRO CLARK, RYDER TRUCK RENTAL, LILY TRANSPORTATION CORPORATION, IRONCLAD LOGISTICS, LLC, JOHN DOE 1-5 and ABC CORP. 1-5 (a person, persons, entity or Entities, whose identity is Presently unknown)<br>Defendants. | Civil Action No.: 2:17-Cv-13740 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

SEIGEL LAW LLC

By: _____
Mark McBratney, Esquire
Attorney for Plaintiffs
Tracey Boyd-McFadden

Date: 1\18\19

SALMON RICCHEZZA SINGER & TURCHI, LLP

By: _____
Jeffrey A. Segal, Esquire
Attorneys for Defendants
Joseph Metro Clark, Lily Transportation Corp. i/p/a Lily Transportation Corporation, Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services i/p/a Ryder Truck Rental, and Ironclad Logistics, LLC,

Date: 2-27-19

SO ORDERED:

2/28/19
_____
MADELINE COX ARLEO, U.S.D.J.

{J0453061.DOCX}